John LAFATA, Movant-Appellant,

v.

STATE of Missouri, Respondent.

No. 49839.

Missouri Court of Appeals,
Eastern District,
Division Five.

Oct. 22, 1985.

Motion for Rehearing and/or Transfer
Denied Dec. 10, 1985.

Application to Transfer Denied
Jan. 15, 1986.

John Putzel, Office of the Public Defender, St. Louis, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM:

Appeal from the denial of post-conviction relief pursuant to Rule 27.26.

Judgment affirmed.   Rule 84.16(b).